**Order entered May 24, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01529-CV

**ALBERTELLI CONSTRUCTION, INC., Appellant**

**V.**

**RAM INDUSTRIES ACQUISITIONS, LLC D/B/A RAM WINDOWS, LLC, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-18-1563**

## ORDER

Before the Court is appellee's May 22, 2019 unopposed motion for leave to file a sur-reply brief. We **GRANT** the motion and **ORDER** the sur-reply brief received by the Court on May 22, 2019 **FILED** as of the date of this order.

/s/     ERIN A. NOWELL
        JUSTICE